SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORTIMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No.: 3:12-cv-01933-JCS<br><br>STIPULATED REQUEST FOR DISMISSAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   September 7, 2012

/s/ Elliot Gale
Elliot Gale, Esq.
Attorney for Plaintiff


/s/ Chelsea Hamill
Chelsea Hamill, Esq.
Attorney for Defendant

Dated: 9/11/12



IT IS SO ORDERED

Judge Joseph C. Spero